IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:20-cr-00358 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| -vs- | ) | |
| | ) | |
| ROBERT D. McWILLIAMS, | ) | NOTICE OF DISCOVERY |
| | ) | REQUEST BY DEFENDANT |
| Defendant. | ) | |

Now comes the Defendant, by and through the undersigned counsel and hereby gives notice that he has today served the U.S. Attorney with a request for discovery pursuant to Federal Criminal Rule 16 in the above-captioned matter by regular U.S. mail.

    Respectfully submitted,

    */s/ Robert A. Dixon*
    **ROBERT A. DIXON (#0022466)**
    4403 St. Clair Avenue
    Cleveland, Ohio 44113
    Telephone: (216) 432-1992
    Facsimile: (216) 881-3928
    E-mail: dixonlaws@aol.com.

    Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2020, a true and correct copy of the foregoing Notice of Discovery Request by Defendant has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert A. Dixon
**ROBERT A. DIXON**
Attorney for Defendant