IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-358 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| -vs- | ) | |
| | ) | |
| ROBERT D. McWILLIAMS, | ) | MOTION TO EXTEND MOTION DEADLINE |
| | ) | |
| Defendant | ) | |

Now comes the defendant herein, by and through the undersigned counsel and hereby respectfully requests this Honorable Court for an extension of 30 days of the present motion deadline herein of November 6, 2020. As grounds herefor the undersigned counsel submits that additional time is needed due to complications caused by COVID-19 which have hampered the ability of the defense to prepare this case. These complications include inability to have face-to-face visit with the client as well as consultation with other persons related to the defense. .

**WHEREFORE**, based upon the foregoing, an extension of 30 days of the present motion deadline is respectfully requested.

Respectfully submitted,

/s/ Robert A. Dixon
ROBERT A. DIXON (#0022466)
4403 St. Clair Avenue
Cleveland, Ohio 44103
(216) 432-1992
(216) 881-3928 facsimile
Dixonlaws@aol.com

## CERTIFICATE OF SERVICE

This document was filed via the ECF system for the U.S. District Court for the Northern District of Ohio and served upon all parties by operation of that system, this 4th day of November, 2020

/s/ Robert A. Dixon_____
ROBERT A. DIXON
Attorney for Defendant