IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20 cr 358 |
| Plaintiff | : | HON. SARA LIOI |
| -vs- | : | **NOTICE OF INTENT TO ENTER GUILTY PLEA WITHOUT PLEA AGREEMENT AND CONSENT TO PROCEED VIA REMOTE VIDEO** |
| ROBERT D. McWILLIAMS, | : | |
| Defendant | : | |

Now comes the Defendant, by and through the undersigned counsel and hereby gives notice that he will enter a plea of guilty herein to the indictment without plea agreement.

The Defendant further consents to conduct his plea proceeding by remote video.

It is further respectfully requested that the date of the plea proceeding be reset to at least one week past the final pre-trial date of June 6, 2021 to permit counsel sufficient time to visit the defendant to prepare him for the plea proceeding.

*/s/ Robert A. Dixon*
ROBERT A. DIXON (0022466)
4403 St. Clair Ave.
Cleveland, Ohio 44103
216-432-1992
Dixonlaws@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was filed this 1st day of July, 2021 though the Electronic Filing System for the United States District Court, Northern District of Ohio and served upon all parties by operation of that system.

                                            */s/ Robert A. Dixon*
                                            ROBERT A. DIXON (0022466)