IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-358 |
| Plaintiff | ) | JUDGE SARA LIOI |
| -vs- | ) | |
| ROBERT D. McWILLIAMS, | ) | MOTION FOR 5 DAY EXTENSION OF TIME TO SUBMIT OBJECTIONS TO PRE-SENTENCE REPORT |
| Defendant | ) | |

Now comes the defendant, by and through the undersigned counsel, and hereby moves this Honorable Court for an Order extending the time within which to submit any potential objections to the draft Pre-Sentence report herein.

Currently the objections would be due October 12, 2021. Counsel is requesting an additional five (5) days up to and including October 15, 2021. This request is made so that counsel can personally visit the defendant at NEOCC to review the report. Counsel has been unable to do so due to a heavy trial court schedule, the distance to the institution and the lack of weekend, evening or holiday visits.

Counsel has been in contact with probation officer Verrastro who authorized counsel to indicate she has no objection to this request.

WHEREFORE, the defendant prays this motion be granted.

Respectfully submitted,

/s/ Robert A. Dixon
ROBERT A. DIXON (#0022466)
4403 St. Clair Avenue

Cleveland, Ohio 44103<br>
(216) 432-1992<br>
(216) 881-3928 facsimile<br>
Dixonlaws@aol.com

## CERTIFICATE OF SERVICE

This document was filed via the ECF system for the U.S. District Court for the Northern District of Ohio and served upon all parties by operation of that system, this 8th day of October, 2021.

/s/ Robert A. Dixon<br>
ROBERT A. DIXON<br>
Attorney for Defendant