IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-00358 |
| Plaintiff | ) ) | JUDGE SARA LIOI |
| -vs- | ) ) ) | **MOTION FOR 30 DAY** |
| ROBERT McWILLIAMS, | ) ) | **EXTENSION TO FILE** **NOTICE OF APPEAL** |
| Defendant | ) ) ) | |

Now comes the Defendant, by and through the undersigned counsel and pursuant to Fed. Rule of App. Procedure 4(b)(4) hereby moves this Honorable Court for an extension of 30 days from the date of Entry of Judgment herein to file his Notice of Appeal.

As grounds herefor, the Defendant submits as follows:

1. Judgment was entered herein on November 10, 2021.

2. That a Notice of Appeal from the foregoing judgement would be due on November 24, 2021.

3. That an extension of time to file the Notice of Appeal for 30 days is requested as the United States and the defendant are attempting to resolve an issue of potential restitution.

**WHEREFORE**, based upon the foregoing, an extension of time to file his Notice of Appeal is requested to **December 24, 2021.**

Respectfully submitted,

/s/*Robert A. Dixon*
Robert A. Dixon (0022466)
4403 St. Clair Ave.
Cleveland, Ohio 44103
(216) 432-1992
e-mail: Dixonlaws@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was filed via the Court ECF in the United States District Court for the Northern District of Ohio at Cleveland, Ohio and served upon all parties of record by operation of that system this November 16, 2021.

/s/*Robert A. Dixon*
Robert A. Dixon (0022466)